ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STANLEY SINGLETON JR.,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | No.: 5:12-cv-00378-SJO-PJW<br><br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: May 3, 2013

_S. James Otero_
_____
HON. S. JAMES OTERO
United States District Judge